UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STAR NAILS & SPA, | ) | Case No. CV 13-07393-DMG (JCGx) |
| | ) | |
| Plaintiff, | ) | ORDER RE DISMISSAL |
| | ) | OF ACTION [29] |
| v. | ) | |
| | ) | |
| MARK HAZUDA, Director, | ) | |
| U.S. Citizenship and Immigration | ) | |
| Services, Nebraska Service Center, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In light of the parties' Joint Stipulation to Dismiss under Fed. R. Civ. P. 41(a)(2), IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety, with each party bearing its own costs and fees.

IT IS SO ORDERED.

DATED:  April 22, 2014

_____
DOLLY M. GEE
United States District Judge